**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1476**

———————

PETER JAMES ATHERTON,

Plaintiff - Appellant,

versus

ARLINGTON COUNTY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Albert V. Bryan, Jr., Senior District Judge.  (CA-81-1104-A)

———————

Submitted:  April 28, 1998             Decided:  June 2, 1998

———————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Peter James Atherton, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Peter James Atherton appeals the district court's order denying his motion to file an amended complaint without prejudice to his right to file a new complaint. We have reviewed the record and the district court's opinion and find no reversible error. In an order dated January 26, 1982, the district court removed Atherton's case from the active docket, but retained jurisdiction to consider his claims once various state court proceedings had concluded. Although Atherton seeks to file an amended complaint on the basis that the state court proceedings have recently concluded, he provided no evidence to establish this fact. Further, the district court dismissed Atherton's motion without prejudice to his right to file a new complaint. Accordingly, we affirm the district court's order. See Atherton v. Arlington County, No. CA-81-1104-A (E.D. Va. Feb. 25, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2